# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00849-CV

### In re Personal Care Products, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Personal Care Products, Inc., has filed a petition for writ of mandamus and a motion for emergency stay, asking this Court to temporarily stay and ultimately vacate decisions made by the Executive Commissioner of the Texas Health and Human Services Commission (HHSC).  However, this Court lacks jurisdiction to issue mandamus directly against HHSC.  *See* Tex. Const. art. V, § 6(a); Tex. Gov't Code § 22.221(a), (b).  Accordingly, we deny the petition for writ of mandamus and the motion for emergency stay.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   December 30, 2013